United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY SOLOMON, JR., | § § § § | |
| Plaintiff, | | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00262 |
| JEFFERY HILDEBRAND, | § § § § | |
| Defendant. | | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is Plaintiff's complaint (D.E. 1, 9) for initial screening under the Prison Litigation Reform Act. *See* 42 U.S.C. § 1997e(c); 28 U.S.C. §§1915(e)(2), 1915A. On October 20, 2025, United States Magistrate Judge Mitchel Neurock issued a Memorandum and Recommendation (M&R, D.E. 10), recommending that Plaintiff's action be dismissed for lack of jurisdiction.

Thereafter, Plaintiff timely filed his objections (D.E. 13) and an untimely letter (D.E. 15). These documents offer two arguments: (1) that Plaintiff has to proceed in federal court because the state court cannot award him the monetary damages he seeks—in excess of $2 billion; and (2) nobody told him to file a worker's compensation claim in order to exhaust his administrative remedies. Neither argument addresses this Court's limited subject matter jurisdiction and the objections are **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**ORDERED** on November 24, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE